UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-CR-069-pp

TIMOTHY J. HAWTHORNE,

Defendant.

---

**ORDER GRANTING MOTION FOR ORDER OF FORFEITURE AND JUDGMENT (DKT. NO. 89)**

---

On August 27, 2026, the government filed a motion asking the court to enter a final order of forfeiture under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c). Dkt. No. 89. The court has considered the motion, as well as the declaration of Assistant U.S. Attorney Carter B. Stewart. Dkt. No. 90. The court is satisfied that the government has complied with the requirements of 18 U.S.C. §924(d) and 28 U.S.C. §2461(c).

The court **ORDERS** that, under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the United States of America has clear title to the Polymer 80, model PFC9, 9mm pistol bearing serial number CA11374 with an attached machinegun conversion device, described in the forfeiture notice of the Information filed on March 24, 2026, and may dispose of the property according to law.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**